

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT X 7 2004

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:04CR00572DJS |
| KATRINA ELIZABETH GRIFFIN, a/k/a "KATRINA SARTOR," DONNELL D. ROBINSON, ROBIN YVETTE ROBINSON, MARIA TERESA TACA, BRIAN JONES, ANTHONY DEWAYNE CLAIRBORNE, a/k/a "D-MACK," JOSEPH FARRAR, a/k/a "K" CHANDRA MARIE ALVAREZ, ETHERIA TAMMY JOHNSON, KEISHA D. RANKINS, JACEN LILE BRIDGES, and NICOLE ALEXANDRA SIMOKAITIS, | ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW James G. Martin, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

JOHN T DAVIS, #74771
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200