

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT X 7 2004

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES OF AMERICA )
)
VS. )
)
KATRINA ELIZABETH GRIFFIN, )
 a/k/a "KATRINA SARTOR," )
DONNELL D. ROBINSON, )
ROBIN YVETTE ROBINSON, )
MARIA TERESA TACA, )
BRIAN JONES, )
ANTHONY DEWAYNE CLAIRBORNE, )
 a/k/a "D-MACK," )
JOSEPH FARRAR, )
 a/k/a "K" )
CHANDRA MARIE ALVAREZ, )
ETHERIA TAMMY JOHNSON, )
KEISHA D. RANKINS, )
JACEN LILE BRIDGES, and )
NICOLE ALEXANDRA SIMOKAITIS, )

4:04CR00572DJS
No.:

ORDER

It appearing to the Court that the following defendants to wit:

**KATRINA ELIZABETH GRIFFIN,**
a/k/a "KATRINA SARTOR,"
**DONNELL D. ROBINSON,**
**ROBIN YVETTE ROBINSON,**
**MARIA TERESA TACA,**
**BRIAN JONES,**
**ANTHONY DEWAYNE CLAIRBORNE,**
a/k/a "D-MACK,"
**JOSEPH FARRAR,**
a/k/a "K"
**CHANDRA MARIE ALVAREZ,**
**ETHERIA TAMMY JOHNSON,**
**KEISHA D. RANKINS,**
**JACEN LILE BRIDGES, and**
**NICOLE ALEXANDRA SIMOKAITIS,**



have been indicted by the Grand Jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendants initial appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this 7th day of October 2004.