

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

Organized Crime Drug Enforcement
Task Force - West Central Region

| | | |
|---|---|---|
| Thomas F. Eagleton U.S. Courthouse | OFFICE | (314) 539-2200 |
| 111 South Tenth Street, Room 20.333 | FAX LINE | (314) 539-2312 |
| St. Louis, Missouri 63102 | | |

RECEIVED OCT 13 2004 U.S. DISTRICT COURT E.D. OF MO. ST. LOUIS

October 13, 2004

Mr. James Woodward
Clerk of Court
United States District Court
Thomas F. Eagleton Courthouse
111 South Tenth Street
St. Louis, MO 63102

    Re:    <u>United States v. Katrina Elizabeth Griffin, et al.</u>
            Cause Number: 4:04CR572 DJS

Dear Mr. Woodward:

    The indictment returned by the Grand Jury in the above-captioned case on October 7, 2004, was ordered suppressed pending the apprehension of the defendants named therein.

    One or more of the defendants have now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

                              Very truly yours,

                              JAMES G. MARTIN
                              United States Attorney

                              JOHN T DAVIS, #74771
                              Assistant United States Attorney

JTD/cj

cc:    U.S. Marshal