UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04CR572 JCH (FRB) |
| | ) | |
| KATRINA GRIFFIN SARTOR et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S RESPONSE REGARDING**
**TIME NEEDED TO RESPOND TO MOVANT'S MOTIONS**
**TO DISMISS PURSUANT TO DOCKET ENTRY 441**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Catherine L. Hanaway, and John T Davis, Assistant United States Attorney for said District, and respectfully advises the court that the government requires no more than thirty minutes to present argument at the motion hearing currently scheduled for June 25, 2007.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


s/John T. Davis
JOHN T. DAVIS, #74771
Assistant United States Attorney
111 South 10th Street
St. Louis, Missouri 63102
(314) 539-7607

CERTIFICATE OF SERVICE

      I hereby certify that on   *June 7, 2007*  , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                          s/ *John T Davis*
                                          JOHN T DAVIS, #74771
                                          Assistant United States Attorney